ACCEPTED
03-15-00423-CV
8068313
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/3/2015 10:36:21 AM
JEFFREY D. KYLE
CLERK

## IN THE THIRD COURT OF APPEALS

NO. 03-15-00423-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/3/2015 10:36:21 AM
JEFFREY D. KYLE
Clerk

STAR OPERATIONS, INC.
AND
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK
*Appellants*
vs.
DIG TECH, INC.
*Appellee*

Appealed from the 22nd Judicial District Court
Caldwell County, Texas

## UNOPPOSED MOTION TO DISMISS CROSS-APPEAL

TO THE HONORABLE JUSTICES OF THE SAID COURT:

COMES NOW Appellee/Cross-Appellant Dig Tech, Inc. ("Dig Tech") and files this Unopposed Motion to Dismiss Cross-Appeal and as grounds therefore would show this Court the following:

1. On July 13, 2015, Dig Tech filed a notice of appeal regarding the single issue of the trial court's denial of prejudgment interest in the amount of 18% per annum under Texas Property Code § 28.003.

2. Dig Tech wishes to dismiss the cross-appeal on this single issue. No briefing has been filed by either party on this issue. All appellate costs related to this single cross-appeal issue should be borne by the party incurring them.

1

3. Counsel for Dig Tech (Mr. Langham) conferred with counsel for Appellants/Cross-Appellees (Mr. Robichaux) on November 23, 2015 and December 3, 2015, and Appellants/Cross-Appellees are unopposed to the relief sought in this motion.

WHEREFORE, PREMISES CONSIDERED, Dig Tech requests that the Court exercise its discretion to dismiss the instant cross-appeal and for such other and further relief to which Dig Tech may show itself justly entitled.

Respectfully submitted,

By: */s/ Chanler A. Langham*
Brian D. Melton
Texas State Bar No. 24010620
bmelton@susmangodfrey.com
Chanler A. Langham
Texas State Bar No. 24053314
clangham@susmangodfrey.com
1000 Louisiana Street Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366

ATTORNEYS FOR APPELLEE AND CROSS-APPELLANT DIG TECH, INC.

2

## CERTIFICATE OF CONFERENCE

I certify that on November 23, 2015 and December 3, 2015, Counsel for Dig Tech (Mr. Langham) conferred via email with counsel for Appellants/Cross-Appellees (Mr. Robichaux), and Appellants/Cross-Appellees are unopposed to the relief sought in this motion.

/s/ Chanler A. Langham
Chanler A. Langham

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been forwarded to counsel of record in accordance with the applicable Tex. R. Civ. P. as listed below on this the 3rd day of December, 2015.

James H. Robichaux
Clinton W. Twaddell, III
BRANSCOMB|PC
802 N. Carancahua, Suite 1900
Corpus Christi, TX 78401-0036
Telephone: 361/886-3800
Telecopier: 361/886-3805

ATTORNEYS FOR APPELLANTS AND CROSS-APPELLEES
STAR OPERATIONS, INC. AND GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK

/s/ Chanler A. Langham
Chanler A. Langham

3

# VERIFICATION

STATE OF TEXAS       §

COUNTY OF HARRIS      §

BEFORE ME, the undersigned authority, on this day personally appeared CHANLER A. LANGHAM, who being by me first duly sworn upon his oath deposed and stated the following:

"My name is CHANLER A. LANGHAM. I am the attorney of record in the trial court below for the Appellants and am the lead counsel on appeal for Appellee/Cross-Appellant Dig Tech, Inc. I have read the foregoing Unopposed Motion to Dismiss Cross-Appeal and state that the statements contained in paragraphs 1-3 are within my personal knowledge and true and correct."

_____
Chanler A. Langham

SWORN AND SUBSCRIBED TO BEFORE ME, which witness my hand and seal of office, by the said CHANLER A. LANGHAM on the 3rd day of December, 2015.

NANCI DANIELLE MOHR
Notary Public, State of Texas
Commission Expires 05-13-2018

(SEAL)

_____
Notary Public, State of TEXAS

4

3995249v1/014338